UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA LAND SERVICES, INC.

v.                                              CASE NUMBER: 98-1624 (DRD)

MARCELINO FERNANDEZ CORP.

## ORDER

Plaintiff is to file a motion establishing the amount of demurrage owed supported by a sworn statement within five (5) days, that is, by March 13, 2000. Additionally, the Plaintiff is to concurrently refile its Writ of Attachment because no judgment has been entered in this case.
IT IS SO ORDERED.

Date: March 6, 2000

P:\PEACHORD ERS\98-1624.ORD

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 MAR -7 AM 8:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:              EOD:

By: _____    # 10