IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC.

    Plaintiff                      CIVIL NO. 98-1624(DRD)

    vs.

                                     COLLECTION OF DEMURRAGE

MARCELINO FERNANDEZ, CORP.
M.F. PROVISIONS CORPORATION

    Defendants

---

**JUDGMENT**

Upon plaintiff's application for Judgment, and appearing from the records of the above entitled cause that default was entered by the Clerk of this Court against defendant for his failure to plead or file an answer to the Complaint, against which plaintiff is entitled to a judgment by default, and the Court being fully advised in the premises, Judgment is now entered against defendant.

IT IS HEREBY ORDERED that defendant pay Sea-Land Service, Inc., doing business as CSX Lines, the amount of: $15,160.00 for demurrage charges owed, $5,306.00 corresponding to the "Collection Expense Fee" pursuant to the applicable tariffs, plus interest, and costs.

SO ORDERED.

In San Juan, Puerto Rico, this 21 day of MARCH 2000.

                                                   U.S. DISTRICT JUDGE